UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB MCKEAN, individually, and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC FINANCIAL SERVICES, INC., an Arkansas corporation; and THE ARENA MARTIAL ARTS, a business entity form unknown,<br><br>Defendants. | Case No.: 18-cv-923-WQH-RBB<br><br>**ORDER** |

HAYES, Judge:

    On May 11, 2018, Plaintiff Jacob McKean filed a Class Action Complaint against Defendants ABC Financial Services, Inc. ("ABC Financial") and The Arena Martial Arts ("The Arena"). (ECF No. 1). On August 22, 2018, the Clerk of the Court entered default as to Defendant The Arena. (ECF No. 21). On September 19, 2018, the Court issued an Order granting Plaintiff "relief from compliance with the thirty-day deadline to move for default judgment after the Clerk's Entry of Default pursuant to Local Rule 55.1" and granting Plaintiff "leave to move for default judgment against The Arena Martial Arts, if

necessary, at the conclusion of this matter against Defendant ABC Financial Services, Inc." (ECF No. 25 at 1).

On December 24, 2018, Plaintiff filed a First Amended Complaint. (ECF No. 33). On May 7, 2019, the Court issued an Order dismissing the First Amended Complaint. (ECF No. 38). On July 8, 2019, Plaintiff filed a Second Amended Complaint. (ECF No. 42). On November 1, 2019, the Court issued an Order dismissing the Second Amended Complaint. (ECF No. 48). On December 2, 2019, Plaintiff filed a Notice stating that Plaintiff would not request leave to file a third amended complaint. (ECF No. 49). On December 3, 2019, the Court issued an Order granting substitution of attorney for Defendant ABC Financial. (ECF No. 50).

The docket reflects no further filings. No action has been taken in this case since December 2019. Civil Local Rule 41.1 provides:

> Actions or proceedings which have been pending in this court for more than six months, without any proceeding or discovery having been taken therein during such period, may, after notice, be dismissed by the court for want of prosecution, at the calling of a calendar prepared for that purpose by the clerk.

S.D. Cal. Civ. R. 41.1(a); *see* Fed. R. Civ. P. 41(b).

Plaintiff's case against Defendant ABC Financial concluded on December 2, 2019. Plaintiff has not filed any motion for default judgment against Defendant The Arena. Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE as to why the case against Defendant The Arena should not be dismissed for failure to prosecute.

IT IS HEREBY ORDERED that the Court will dismiss the action against Defendant The Arena without prejudice unless Plaintiff files a declaration within thirty (30) days from the date of this Order showing cause as to why the case against Defendant The Arena should not be dismissed without prejudice.

Dated: July 27, 2020

Hon. William Q. Hayes
United States District Court