1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11   JACOB MCKEAN, individually, and on          Case No.:  18-cv-923-WQH-RBB
     behalf of himself and all others similarly
12   situated,                                   **ORDER**

13                                  Plaintiff,

14   v.

15   ABC FINANCIAL SERVICES, INC., an
16   Arkansas corporation; and THE ARENA
     MARTIAL ARTS, a business entity form
17   unknown,

18                                  Defendants.

19

20   HAYES, Judge:

21       On July 27, 2020, the Court ordered Plaintiff Jacob McKean to show cause as to

22   why the action against Defendant The Arena Martial Arts ("The Arena") should not be

23   dismiss due to Plaintiff's failure to prosecute. (ECF No. 51). The Court stated:

24       [T]he Court will dismiss the action against Defendant The Arena without
         prejudice unless Plaintiff files a declaration within thirty (30) days from the
25       date of this Order showing cause as to why the case against Defendant The
26       Arena should not be dismissed without prejudice.

27

28

1

1    (*Id.* at 2). The docket reflects that Plaintiff has not filed a response to the Order to Show

2    Cause. Plaintiff's case against the only other Defendant, ABC Financial Services, Inc.,

3    concluded on December 2, 2019.

4        IT IS HEREBY ORDERED that the action is dismissed without prejudice as to

5    Defendant The Arena Martial Arts. The Clerk shall close the case.

6    Dated:  August 27, 2020

7        Hon. William Q. Hayes
         United States District Court
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

18-cv-923-WQH-RBB